*Recv'd on 3/25/11 by HS*
*Recpt # 192834*

MN, ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

### Unclaimed Dividends/Distribution Less Than $5 for Deposit to Registry Fund

Debtor: Kevin Michael Blaeser

Chapter 7 Case No. 09-44339

Please Check One:

\_\_\_\_\_ Unclaimed Dividends

__✓__ Distribution Less Than $5

*RECEIVED 11 MAR 25 AM 9:27 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN*

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Shift 4<br>1491 Center Crossing Road<br>Las Vegas, NV 89144 | 3 | 74.85 | 2.82 |

Dated: March 24, 2011

Randall L. Seaver, Trustee